**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| YVONNE VILLALOBOS | § | |
| | § | |
| V. | § | EP-16-CV-381-PRM |
| | § | |
| SAFECO INSURANCE COMPANY OF | § | |
| INDIANA AND JARED REYNOLDS | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES COURT:

NOW COMES PLAINTIFF, YVONNE VILLALOBOS and hereby notifies the Court that Plaintiff and Defendants have settled Plaintiff's claims and causes of action against Defendants in this lawsuit. The Parties are currently in the process of preparing a release and stipulation of dismissal.

Respectfully submitted,

**KETTERMAN, ROWLAND & WESTLUND**

By: */s/ Perry Dominguez*
PERRY DOMINGUEZ
perry@krwlawyers.com
State Bar No. 24055414
Federal Bar No. 690067
16500 San Pedro, Ste. 302
San Antonio, Texas 78232
Telephone: 210-490-7402
Telecopier: 210-490-8372

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served in compliance with the Federal Rules of Civil Procedure to:

>Mr. David R. Stephens
>LINDOW STEPHENS TREAT, LLP
>700 N. St. Mary's Street, Suite 1700
>San Antonio, Texas 78205
>(210) 227-2200 – Telephone
>(210) 227-4602 – Facsimile
>dstephens@lstlaw.com

>and

>Mr. Jeff Ray
>RAY, McCHRISTIAN & JEANS, P.C.
>A Professional Corporation
>5822 Cromo Drive
>El Paso, Texas 79912
>(915) 832-7200 – Telephone
>(915) 832-7333 – Facsimile

on this the 6th day of February, 2017.

>*/s/ Perry Dominguez*
>PERRY DOMINGUEZ