IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YVONNE VILLALOBOS,<br>  Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY<br>OF INDIANA and JARED<br>REYNOLDS,<br>  Defendants. | §<br>§<br>§<br>§<br>§   EP-16-CV-381-PRM<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 22 day of February, 2017.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE